UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of November, two thousand twenty-four,

| | |
|---|---|
| Jane Doe 2, Jane Doe 1, | **ORDER** |
|     Plaintiff - Appellants, | Docket No. 24-2940 |
| v. | |
| The Congregation of the Sacred Hearts of Jesus and Mary, Roman Catholic Diocese of Fall River, Sisters of Charity of Montreal, Sisters of Charity of Quebec, Missionary Oblates of Mary Immaculate Eastern Province, | |
|     Defendants - Appellees, | |
| Black and White Corporations 1-10, | |
|     Defendant. | |

    A notice of appeal was filed on October 24, 2024. The Appellants' Form C due November 7, 2024, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective November 26, 2024, if the Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court