**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: December 2, 2024 | DC Docket #: 1:23-cv-5294 |
| Docket #: 24-2940 | DC Court: EDNY (BROOKLYN) |
| Short Title: Doe 2 v. The Congregation of the Sacred Hearts of Jesus and Mary | Trial Judge - Rachel P. Kovner<br>Magistrate Judge - Lois B. Bloom |

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8563.